UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

ELECTRICAL WORKERS' INSURANCE FUND, et al.,

    Plaintiffs,                              Case No.      10-cv-11607
                                                          Hon.   Marianne O Battani

v

MERIDIAN INSTALLATION TECHNOLOGIES INC,

    Defendant.

_____/

## JUDGMENT FOR PLAINTIFFS

At a session of said Court, held in the Theodore Levin United States Courthouse, City of Detroit, State of Michigan, on <u>October 20, 2010</u>.

PRESENT:  HON. <u>MARIANNE O. BATTANI</u>
                            UNITED STATES  DISTRICT JUDGE

This matter having been heard pursuant to Plaintiffs' Motion for Default Judgment and the Court having decided to grant said Motion pursuant to Fed.R.Civ.P. 55(b), **NOW, THEREFORE,**

**IT IS HEREBY ORDERED AND ADJUDGED** that the October 29, 2009 Award of the Joint Labor-Management Committee is confirmed;

**IT IS FURTHER ORDERED** that defendant must forthwith comply with the October 29, 2009 Award of the Joint Labor-Management Committee by:

    (a)    Submitting the fringe benefit reports due to the date of the Judgment as required by Article VIII of that Agreement, and

    (b)    Paying the plaintiffs the amounts shown on those reports as due, including the liquidated damages due thereon.

**IT IS FURTHER ORDERED** that defendant must hereafter submit all reports and pay all fringe benefit contributions on a timely basis as required by Article VIII of its contract;

**IT IS FURTHER ORDERED** that defendant shall make available to an auditor appointed by plaintiffs the books and records (without any limitation whatsoever) as requested by plaintiffs to determine the accuracy and timeliness of contributions to plaintiffs for the period from January 2008 to present; and

**IT IS FURTHER ORDERED** that plaintiffs are awarded all costs, interest, and attorneys' fees incurred in bringing and prosecuting this present action pursuant to ERISA 502(g)(2), 29 USC 1132(g)(2) and that plaintiffs are granted leave to file a Motion for Amended Judgment, which shall be accompanied by an affidavit of plaintiffs' counsel setting out all amounts determined to be due pursuant to the provisions of this Judgment.

   S/Marianne O. Battani
UNITED STATES DISTRICT JUDGE